UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO: 8:16-cr-531-T-30TBM

KIRBY GANT
_____

# ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun, III (Dkt. 39) and the Objections (Dkt. 44) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.[1]

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 39) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

---

[1] The Court notes that Officers impounded the vehicle pursuant to standard operating procedures. Thus, the impoundment was constitutionally proper. *Sammons v. Taylor*, 967 F.2d 1533, 1543 (11th Cir. 1992). *See also U.S. v. Pace*, No. 02-13472 (11th Cir. 2003) (determining that *Sammons* "clearly does impose" the requirement that decisions to impound be made on the basis of standard criteria).

2. Defendant's Motion to Suppress (Dkt. 23) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of September, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record